IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN,<br><br>           Plaintiff,<br><br>   vs.<br><br>AGRI-SYSTEMS,<br><br>           Defendant.<br>_____/ | CASE NO. CV-F-02-6482 AWI LJO<br><br>**ORDER ON DEFENDANT'S *EX PARTE* APPLICATION** (Doc. 182) |

On September 30, 2005, defendant Agri-Systems filed an *ex parte* application to continue the hearing on plaintiff's motion for discovery sanctions. Upon consideration of the application, the Court GRANTS defendant's request. The hearing on plaintiff's motion for discovery sanctions (Doc. 133) is CONTINUED to October 14, 2005 at 8:30 a.m. in Department 6 of this Court.

IT IS SO ORDERED.

**Dated:   October 3, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                                          UNITED STATES MAGISTRATE JUDGE

1