IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, | CASE NO. CV-F-02-6482 AWI LJO |
| Plaintiff, | **ORDER TO SEAL PORTION OF TRANSCRIPT** |
| vs. | |
| AGRI-SYSTEMS, | |
| Defendant. | |

This Court conducted a hearing on a motion for sanctions on October 14, 2005 in Department 6. The Court Reporter has received a request for a transcript of the hearing. At the hearing on October 14, 2005, counsel for defendant, Henry Nunez, disclosed personal, confidential information about himself in response to the Court's inquiry. Counsel has now requested that this information remain confidential. Accordingly, for good cause shown, the Court Reporter is ORDERED to SEAL the portion of the transcript, from the October 14, 2005 hearing in the above matter, in which personal, confidential information about Henry Nunez is disclosed, discussed, or mentioned.

IT IS SO ORDERED.

**Dated:   November 1, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

1