IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN,<br><br>        Plaintiff,<br><br>  vs.<br><br>AGRI-SYSTEMS,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-02-6482 AWI LJO<br><br>**ORDER ON EX PARTE APPLICATION<br>FOR AN ORDER SHORTENING TIME** |

        The Court has received and reviewed plaintiff's *Ex Parte* Application for An Order Shortening Time for service and hearing of plaintiff's motion for a protective order and monetary sanctions.

        For good cause shown, the *ex parte* application is GRANTED. The Court intends to take the motion under submission without oral argument pursuant to Local Rule 78-230(h).

        A copy of this order and the moving papers shall be filed, electronically according to this Court's rules regarding electronic case management/filing system, and served by electronic mail or facsimile and first class mail, or by personal service on all counsel on or before March 2, 2006 at 5:00 p.m.

        Any opposition to the motion is to be filed, electronically according to this Court's rules regarding electronic case management/filing system, and served by electronic mail or facsimile and first class mail, or by personal service on all counsel on or before March 8, 2006, at 3:00 p.m.  No reply need be filed.

        Any depositions which are the subject of the motion for protective order are STAYED pending resolution of the motion.

/////

As an alternative to above procedure, the Court offers that the motion may be resolved by joint stipulation for a telephonic conference call on the record. If counsel mutually elect this alternative, counsel may appear by telephone by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:    March 1, 2006**                             /s/ Lawrence J. O'Neill
b9ed48                                                                UNITED STATES MAGISTRATE JUDGE