IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AGRI-SYSTEMS,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-02-6482 AWI LJO<br><br>**ORDER ON PLAINTIFF'S REQUEST<br>TO FILE PAPER PHOTOGRAPHS** (Doc. 275) |

On March 8, 2006, plaintiff Greg Braun filed a request for permission to file documents in paper format. Plaintiff specifically requested permission to file over 1,500 color photographs contained on approximate 515 pages to address the issue of whether plaintiff's counsel "tampered" with the discs on which the photographs appear.

The request is DENIED. It should be unnecessary for the Court to review the photographs in any form on the issue of tampering with the discs. The accusation by Counsel for the Defendant that Counsel for the Plaintiff is that he, in some form, tampered with that which was ultimately produced. This can and should be responded to in the form of an expert declaration after the expert has reviewed the technology in question.

IT IS SO ORDERED.

**Dated:　March 10, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1