STEVEN D. McGEE  71886
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

RILEY C. WALTER  91839
WALTER LAW GROUP
Woodward Centre
7110 N. Fresno St., Suite 400
Fresno, CA  93720
Telephone:  (559) 435-8020
Facsimile:   (559) 435-9868

Attorneys for GREG BRAUN,
Plan Agent for COAST GRAIN COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| GREG BRAUN, Chapter 11 Trustee for COAST GRAIN COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>AGRI-SYSTEMS, a Montana corporation,<br><br>            Defendant.<br><br>AND RELATED CROSS-CLAIM. | Case No.:  CIV-F-02-6482 AWI LJO<br><br>**STIPULATION AND ORDER REGARDING EXHIBIT REVIEW, MEET AND CONFER, AND RELATED MOTIONS IN LIMINE**<br><br>Trial Date:   June 6, 2006<br>Trial Time:   9:00 a.m.<br>Trial Dept:   2<br>Trial Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Steven D. McGee of Kimble, MacMichael & Upton, attorneys for plaintiff, and Jon E. Doak of Doak & Associates, attorneys for defendant, as follows:

///

///

WHEREAS:

During the course of the Pretrial Conference on April 19, 2006, the Court indicated that the parties were required to meet and confer to exchange exhibits no later than May 10, 2006;

During the week of May 1, 2006, attorney Steven McGee for plaintiff and attorney Mark Parker for defendant had tentatively agreed upon a date to accomplish the meet and confer process;

Unfortunately attorney Mark Parker's father passed away on May 7, 2006, making it impractical for the meet and confer process to occur on or before May 10, 2006; and

The parties now desire to enter into the following stipulation regarding their meet and confer obligations with respect to exhibits and motions in limine specifically related to exhibits.

NOW THEREFORE it is hereby stipulated by and between the parties hereto through their respective counsel of record as follows:

The parties shall accomplish their meet and confer obligation regarding exhibits no later than May 18, 2006;

The face-to-face meet and confer process shall occur in the offices of O'Connell & Associates in San Francisco;

Any motions in limine regarding categories or groups of documents as discussed during the court's Pretrial Conference, which were originally to be filed no later than 4:00 p.m. on May 12, 2006, will now be filed on or before 4:00 p.m. on Wednesday, May 24, 2006;

///
///
///
///
///
///

2

All other deadlines set by the Court during the April 19, 2006, Pretrial Conference including, but not limited to, deadlines regarding motions in limine, remain unaffected.

Dated: May ____, 2006.

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By_____

STEVEN D. McGEE
Attorneys for GREG BRAUN,
Plan Agent for COAST GRAIN COMPANY

Dated: May ____, 2006.

DOAK & ASSOCIATES

By_____

JON E. DOAK
Attorney for AGRI-SYSTEMS

1000702.6.122.stp10506.3

IT IS SO ORDERED.

**Dated:   May 12, 2006**         **/s/ Anthony W. Ishii**
0m8i78                             UNITED STATES DISTRICT JUDGE