IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAUN, | CASE NO. CV-F-02-6482 AWI LJO |
| Plaintiff, | **ORDER ON *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO MOVE TO WITHDRAW ADMISSIONS (Doc. 369)** |
| vs. | |
| AGRI-SYSTEMS, | |
| Defendant. | |

The Court has received and reviewed plaintiff Greg Braun's *Ex Parte* Application for An Order Shortening Time to Move to Withdraw Admissions. (Doc.

The *ex parte* application is DENIED. The *ex parte* is based on the lack of time to bring a regularly noticed motion before the June 6, 2006 trial date. Under this Court's March 1, 2005 Scheduling Order, all discovery motions were to be filed and decided by January 9, 2006: "All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **January 9, 2006**." (Doc. 94 p. 11, ¶7) (Emphasis in Original.)  This Court has consistently and stringently imposed the deadlines set in the Court's Scheduling Order in previous motions between these parties.  Braun has not shown good cause for continuing the Scheduling Order deadline.  Good cause cannot be shown because there is a lack of diligence in discovering the admissions in the almost two years since the lifting of the stay in Agri-Systems' bankruptcy.

IT IS SO ORDERED.

**Dated:   May 23, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

1